```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 16113
   KIMBERLEY BOYD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2568

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 12/06/2006 and was confirmed 02/21/2007.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

   The case was dismissed after confirmation 04/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
ARONSON FURNITURE          SECURED              600.00         .00        216.71
ARONSON FURNITURE          UNSECURED       NOT FILED           .00           .00
HOMECOMINGS FINANCIAL      CURRENT MORTG         .00           .00           .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE   32657.28           .00       8001.60
BANK OF NEW YORK           NOTICE ONLY     NOT FILED           .00           .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED           .00           .00
CHRYSLER FINANCIAL         UNSECURED       NOT FILED           .00           .00
CHRYSLER FINANCIAL         NOTICE ONLY     NOT FILED           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          246.39           .00           .00
JOEL CARDIS                UNSECURED       NOT FILED           .00           .00
NICOR GAS                  UNSECURED          795.11           .00           .00
HOMECOMINGS FINANCIAL      NOTICE ONLY     NOT FILED           .00           .00
NATIONAL REVENUE CORP      UNSECURED       NOT FILED           .00           .00
MELVIN J KAPLAN            DEBTOR ATTY      3,000.00                    3,000.00
TOM VAUGHN                 TRUSTEE                                        771.69
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  11,990.00

PRIORITY                                              .00
SECURED                                          8,218.31
UNSECURED                                             .00
ADMINISTRATIVE                                   3,000.00
TRUSTEE COMPENSATION                               771.69
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                   11,990.00              11,990.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 16113 KIMBERLEY BOYD
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE